Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 22 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi
Eastern Division

Virginia Ann Smith

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Pedro Figueron Property Manger of Affordable Southern Homes
Owner Dennis Miller

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:23cv33-TBM-RPM
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Virginia Ann Smith
   Address: 200 Tuscan Ave, Apt A
   Hby, MS 39401
   City / State / Zip Code

   County: Forrest
   Telephone Number: 601 819 0699
   E-Mail Address: Blessing2022@icloud.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Pedro Figueroa
   Job or Title (if known): Manager
   Address: 2415 West 4th Street
   Hby, MS 39401
   City / State / Zip Code

   County:
   Telephone Number:
   E-Mail Address (if known):

   [ ] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: Dennis Miller
   Job or Title (if known): Owner of Affordable Southern Homes
   Address: 2415 West 4th Street
   Hby, MS 39401
   City / State / Zip Code

   County:
   Telephone Number:
   E-Mail Address (if known):

   [ ] Individual capacity   [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name
Job or Title *(if known)*
Address

City    State    Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Address

City    State    Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Right to live in peace an humans. Due process Fifth Adendment no one shall be deprived of life or Property without due process of the Law 14 Adendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Mr. Pedro didn't tell the truth on getting us evicted and Mr. Dennis hire him to manage his property and I tried to talk with mr Dennis but he didn't. Won't to belive it even when Shown the papers

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Mr. Pedro told the court that we was behind in rent but we didn't Reciv the keys to move in until Sept 30 he also falsify doucu for the caut to evict us as mad false statment ongoinst us

B. What date and approximate time did the events giving rise to your claim(s) occur?

Dec 19, 2022 at 8:30 am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Mr. Pedro said that we moved in on 9/16/22 he told the caut the organzation that help us move into the Apartmen he sent then a 3 day notice dated for 9/16/2022 with and diffrrenn on that he told the cout as he submmited a leas that is dater for 9/11/2022 to eviction caut but the sene lease he sent to the orsanozity that dated 7/8/2022. //

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The Injuries I have sustain is my propert that he threw away I can never get some of the Item back also sleepless night no eating worry about housing blood pressur is up I have lose 20 pounds since court December 19 Also seen Conselor at Pine belt mental health I had to increse meds to help with Sleeping blood pressure med have in crease. Also had to Appeal it and had to spent my mony on it lights got cut off due to his actions.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the cort to punish mr. Pedro for wasting the Court time. Since he is the Property manage holt him liable an accountable for his action My property that was disposed of was valued at 37,326 on Dec. 30, 22 I had to spent 580.00 on the Appeal to eviting dicoses for that I had Ruttle 360 to prove for 4 bebris and myself so to that I can sue you a ball per nunt but my heart hurts 300,000 and for puritive damage 500,000 for Mr. Dennis Poole I fault him for hiring hm to over see his property and when you were notified you did nothing

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/2/2022

Signature of Plaintiff

Printed Name of Plaintiff: Virginia Ann Smith

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address