UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| VIRGINIA ANN SMITH | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 2:23-CV-33-RPM |
| PEDRO FIGUERON and DENNIS MILLER | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a); and in light of the Court's memorandum & opinion, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's complaint is dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 26th day of February 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE